**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHERYL A. KOSNIK<br>V.<br>1ST UNUM LIFE INSURANCE COMPANY, UNUM PROVIDENT, UNUM POLICY SERVICE, UNUM QUALITY PERFORMANCE SUPPORT and UNUM | **08 C 500**<br>JUDGE DOW<br>MAGISTRATE JUDGE KEYS |

FILED
JANUARY 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP, incorrectly named as UNUM PROVIDENT, UNUM POLICY SERVICE, UNUM QUALITY PERFORMANCE SUPPORT and UNUM

| NAME (Type or print) |
|---|
| Michael J. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael J. Smith |

| FIRM |
|---|
| Smith, von Schleicher & Associates |

| STREET ADDRESS |
|---|
| 39 S. LaSalle St., Suite 1005 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2649691 | 312-541-0300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |