**FILED**

**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL A. KOSNIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| 1ST UNUM LIFE INSURANCE CO., | ) | |
| UNUM PROVIDENT, | ) | |
| UNUM POLICY SERVICE, | ) | |
| UNUM QUALITY PERFORMANCE | ) | **08 C 500** |
| SUPPORT and UNUM, | ) | |
| | ) | **JUDGE DOW** |
| Defendants. | ) | **MAGISTRATE JUDGE KEYS** |

## NOTICE OF FILING NOTICE OF REMOVAL

To:    Cheryl A. Kosnik                    Clerk of the Circuit Court of the 18th Judicial Circuit
       P.O. Box 688                        DuPage County, Illinois
       Warrenville, Illinois  60555        505 N. County Farm Road
                                           Wheaton, Illinois  60187

PLEASE TAKE NOTICE that on this 23rd day of January, 2008, defendants, FIRST UNUM LIFE INSURANCE CO and UNUM GROUP, incorrectly named as UNUM PROVIDENT, UNUM POLICY SERVICE, UNUM QUALITY PERFORMANCE SUPPORT and UNUM, defendants in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois, Eastern Division.

You are also advised that defendants, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division also filed a copy thereof with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith                          By:  /s/ Michael J. Smith
Warren von Schleicher                           Attorney for Defendants, First Unum Life Ins.
Smith, von Schleicher & Associates              Co. and Unum Group, incorrectly named as
39 S. LaSalle St., Suite 1005                   Unum Provident, Unum Policy Service, Unum
Chicago, Illinois  60603                        Quality Performance Support and Unum
(312) 541-0300