### UNITED STATES DISTRICT COURT
#### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
#### Eastern Division

Cheryl A. Kosnik

$\qquad$ Plaintiff,

v.

1st Unum Life Insurance Co., et al.

$\qquad$ Defendant.

Case No.: 1:08−cv−00500

Honorable Robert M. Dow Jr.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

   MINUTE entry before Judge Robert M. Dow Jr.:Status hearing is set March 25, 2008 at 9:00a.m. and at least one week prior to the initial status conference, the parties are directed to file a joint written status report of not more than five pages (see Judge Dow's web page for Standing Order Regarding Initial Status Reports). At the initial status conference, counsel will be asked to discuss (i) the nature of the case; (ii) factual and legal issues; (iii) settlement discussions to date and settlement potential; (iv) discovery taken to date and anticipated in the future; and (v) potential motions to be filed. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.