IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **CHERYL A. KOSNIK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.     08 C 500 |
| v. | ) | |
| | ) | **Judge Dow** |
| **1ST UNUM LIFE INSURANCE CO.,** | ) | **Magistrate Judge Keys** |
| **UNUM PROVIDENT,** | ) | |
| **UNUM POLICY SERVICE,** | ) | |
| **UNUM QUALITY PERFORMANCE** | ) | |
| **SUPPORT and UNUM,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT**

Defendants, FIRST UNUM LIFE INSURANCE CO ("First Unum") and UNUM GROUP ("Unum Group"), incorrectly named as UNUM PROVIDENT, UNUM POLICY SERVICE, UNUM QUALITY PERFORMANCE SUPPORT and UNUM, by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint, and in support hereof, states as follows:

1.     On January 23, 2008, defendants removed this action to federal court from on the basis of federal question jurisdiction, 28 U.S.C. §1331, pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq*. ("ERISA").

2.     Defendants' undersigned counsel has been engaged in (i) the preparation of a summary judgment brief and answers to statements of fact in *Bakal v. Paul Revere Life Ins. Co.*, No. 06 C 1936, pending before Judge Holderman (filed on January 28, 2008); (ii) a brief in response to the plaintiff's objections to the report and recommendation of the magistrate judge in *Garvey v. Piper Rudnick LLP Long Term Disability Ins. Plan*, No. 07 C 886, pending in the U.S.

District Court for the District of Oregon (filed on February 1, 2008); and (iii) authoring an article on ERISA law for publication by the Defense Research Institute (due for submission to the editor on February 20, 2008).

3. Defendants respectfully requests an additional 29 days, until February 29, 2008, in which to answer or otherwise plead to the plaintiff's Complaint. Defendants represent that this Motion has been filed for the above stated legitimate reasons and not for purposes of delay. No party will be prejudiced by the granting of this Motion.

WHEREFORE, defendants, FIRST UNUM LIFE INSURANCE CO. and UNUM GROUP, incorrectly named as UNUM PROVIDENT, UNUM POLICY SERVICE, UNUM QUALITY PERFORMANCE SUPPORT and UNUM, respectfully request that the court grant this Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint.

Respectfully submitted,

| | |
|---|---|
| Michael J. Smith | By: /s/ Warren von Schleicher |
| Warren von Schleicher | Attorney for Defendants, First Unum Life Insurance |
| Smith, von Schleicher & Associates | Co. and Unum Group, incorrectly named as Unum |
| 39 S. LaSalle St., Suite 1005 | Provident, Unum Policy Service, Unum Quality |
| Chicago, IL 60603 | Performance Support and Unum |
| (312) 541-0300 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Cheryl A. Kosnik  
P.O. Box 688  
Warrenville, Illinois  60555

                Respectfully submitted,

                s/ Warren von Schleicher  
                Smith, von Schleicher & Associates  
                39 S. LaSalle St., Suite 1005  
                Chicago, Illinois  60603  
                (312) 541-0300  
                (312) 541-0933 Facsimile  
                ARDC#6197189  
                warren.vonschleicher@svs-law.com