IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK,          )<br>                             )<br>     Plaintiff,             )<br>                             )      No.    08 C 500<br>     v.                      )<br>                             )      Judge Dow<br>1ST UNUM LIFE INSURANCE CO.,  )      Magistrate Judge Keys<br>UNUM PROVIDENT,              )<br>UNUM POLICY SERVICE,         )<br>UNUM QUALITY PERFORMANCE     )<br>SUPPORT and UNUM,            )<br>                             )<br>     Defendants.             )  | |

## NOTICE OF MOTION

To:   Cheryl A. Kosnik
      PO Box 688
      Warrenville, IL 60555

   PLEASE TAKE NOTICE that on the 7th day of February 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or whomever may be sitting in his stead, in Room 1719 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Defendants' Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint**, at which time and place you may appear if you see fit.

                                        Respectfully submitted,


Michael J. Smith                    By: /s/ Warren von Schleicher
Warren von Schleicher                   Attorney for Defendants, First Unum Life Insurance
Smith, von Schleicher & Associates      Co. and Unum Group, incorrectly named as Unum
39 S. LaSalle St., Suite 1005           Provident, Unum Policy Service, Unum Quality
Chicago, IL 60603                       Performance Support and Unum
 (312) 541-0300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Cheryl A. Kosnik
P.O. Box 688
Warrenville, Illinois  60555

                Respectfully submitted,

                s/ Warren von Schleicher
                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                ARDC#6197189
                warren.vonschleicher@svs-law.com