# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Cheryl A. Kosnik

                                      Plaintiff,

v.                                                  Case No.: 1:08−cv−00500
                                                           Honorable Robert M. Dow Jr.

1st Unum Life Insurance Co., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:MOTION by Defendant 1st Unum Life Insurance Co. for extension of time [8] to file answer or Otherwise Plead to the Complaint, as to all defendants, is granted to and including 2/29/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.