IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 08 C 500 |
| v. ) | |
| ) | Judge Dow |
| 1ST UNUM LIFE INSURANCE CO., ) | Magistrate Judge Keys |
| UNUM PROVIDENT, ) | |
| UNUM POLICY SERVICE, ) | |
| UNUM QUALITY PERFORMANCE ) | |
| SUPPORT and UNUM, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT**

Defendant, FIRST UNUM LIFE INSURANCE COMPANY ("First Unum" or "defendant"), incorrectly named as Unum Provident, Unum Policy Service, Unum Quality Performance Support and Unum, by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint, and in support hereof, states as follows:

1. The plaintiff, Cheryl A. Kosnik, seeks to recover disability benefits under a group disability insurance plan established by her employer, Computer Associates International, Inc..

2. Defendant is required to answer or otherwise plead to the Complaint on February 29, 2008. Defendant respectfully requests an additional 14 days in which to answer or otherwise plead, or until March 14, 2008.

3. Defendant's undersigned counsel, Warren von Schleicher, has been engaged in the preparation of an extensive article on ERISA to be published by the Defense Research Institute in conjunction with a conference in San Francisco, California. The article required Mr.

von Schleicher's full-time dedication for a period of ten days, including weekends and evenings. Mr. von Schleicher's article was completed and submitted to the publisher on February 21, 2008.

4. Defendant represents that this Motion has been filed for the above stated legitimate reasons and not for purposes of delay.  No party will be prejudiced by the granting of this Motion.

5. Accordingly, Defendant respectfully requests until March 14, 2008 in which to answer or otherwise plead to the Complaint.

WHEREFORE, defendant, FIRST UNUM LIFE INSURANCE COMPANY, incorrectly named as Unum Provident, Unum Policy Service, Unum Quality Performance Support and Unum, respectfully requests entry of an order granting this Motion.

                                        Respectfully submitted,


Michael J. Smith                By: /s/ Warren von Schleicher
Warren von Schleicher                Attorney for Defendant,
Smith, von Schleicher & Associates   First Unum Life Insurance Company
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Cheryl A. Kosnik
P.O. Box 688
Warrenville, Illinois  60555

                        Respectfully submitted,

                        s/ Warren von Schleicher
                        Smith, von Schleicher & Associates
                        39 S. LaSalle St., Suite 1005
                        Chicago, Illinois  60603
                        (312) 541-0300
                        (312) 541-0933 Facsimile
                        ARDC#6197189
                        warren.vonschleicher@svs-law.com