## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **CHERYL A. KOSNIK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.    08 C 500** |
| **v.** | ) | |
| | ) | **Judge Dow** |
| **1ST UNUM LIFE INSURANCE CO.,** | ) | **Magistrate Judge Keys** |
| **UNUM PROVIDENT,** | ) | |
| **UNUM POLICY SERVICE,** | ) | |
| **UNUM QUALITY PERFORMANCE** | ) | |
| **SUPPORT and UNUM,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:    Cheryl A. Kosnik
       PO Box 688
       Warrenville, IL 60555

PLEASE TAKE NOTICE that on the 6th day of March, 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or whomever may be sitting in his stead, in Room 1719 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Defendants' Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint**, at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Warren von Schleicher

Michael J. Smith
Warren von Schleicher                    Attorney for Defendants, First Unum Life Insurance
Smith, von Schleicher & Associates       Co. and Unum Group, incorrectly named as Unum
39 S. LaSalle St., Suite 1005            Provident, Unum Policy Service, Unum Quality
Chicago, IL 60603                        Performance Support and Unum
 (312) 541-0300

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Cheryl A. Kosnik
P.O. Box 688
Warrenville, Illinois  60555

Respectfully submitted,

<u>s/ Warren von Schleicher</u>
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300
(312) 541-0933 Facsimile
ARDC#6197189
<u>warren.vonschleicher@svs-law.com</u>