UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Cheryl A. Kosnik
                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00500
                                                    Honorable Robert M. Dow Jr.
1st Unum Life Insurance Co., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

    MINUTE entry before Judge Robert M. Dow Jr.:Defendant's motion for additional time to answer or otherwise plead (DE 12) is granted. Defendant is given until 3/14/08 to answer or otherwise plead.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.