IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 500 |
| v. ) | |
| ) | Judge Dow |
| 1ST UNUM LIFE INSURANCE CO., ) | Magistrate Judge Keys |
| UNUM PROVIDENT, ) | |
| UNUM POLICY SERVICE, ) | |
| UNUM QUALITY PERFORMANCE ) | |
| SUPPORT and UNUM, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants, FIRST UNUM LIFE INSURANCE COMPANY ("First Unum") and UNUM GROUP ("Unum Group"), incorrectly named as Unum Provident, Unum Policy Service, Unum Quality Performance Support and Unum, by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), and in support thereof, state as follows:

1.  The plaintiff, Cheryl A. Kosnik ("Kosnik"), seeks to recover disability benefits under a group disability insurance plan ("Plan") established by her employer, Computer Associates International, Inc. ("Computer Associates"). The Plan was established pursuant to the terms of a group short term disability insurance policy ("STD Group Policy") and group long term disability insurance policy ("LTD Group Policy") issued to Computer Associates by First Unum, which constitute the applicable Plan documents in this case.

2.  In addition to disability benefits, Kosnik seeks to recover punitive damages, treble damages, and various out of pocket expenses such as interest on bank loans and other debts allegedly incurred by her as a result of the denial of her disability claim. Although Kosnik fails

to identify the legal bases for her claims, the breadth of the relief requested in the Complaint suggests that Kosnik endeavors to allege state law theories of breach of contract, penalties under §155 of the Illinois Insurance Code, 215 ILCS 5/155, and consequential damages.

3. Kosnik's claims in the Complaint, however, are preempted by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq*. ("ERISA"). The STD and LTD Group Policies constitute an employee welfare benefit plan established by Computer Associates for the benefit of its employees.

4. ERISA effectively preempts all state law causes of action that relate to a plaintiff's eligibility for benefits under an employee welfare benefit plan. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Kosnik's claims in the Complaint, therefore, are preempted by §502 and §514 of ERISA, 29 U.S.C. §1132 and 29 U.S.C. §1144. Kosnik's remedy is to assert a claim under §502(a)(1)(B) of ERISA, 29 U.S.C. §§1132(a)(1)(B). Section 502 of ERISA provides the *exclusive* means by which a participant or beneficiary may bring a civil action to obtain a declaration of his rights to benefits under an employee welfare benefit plan. *Pilot Life Ins. Co.*, 481 U.S. at 46.

6. In addition, only First Unum is the proper defendant to Kosnik's putative ERISA claim, because First Unum issued the STD and LTD Group Policies and decided Kosnik's claim. Kosnik, therefore, fails to state a claim against Unum Group (which is First Unum's indirect corporate parent).

7. Finally, Kosnik's claim to recover benefits under the Plan, moreover, is barred by the Plan's contractual limitations period. Based on the allegations of the Complaint, Kosnik was required to initiate a legal proceeding under the LTD Group Policy no later than April 29, 2007.

Kosnik, however, failed to file suit until December 28, 2007, when she filed the Complaint in the Circuit Court of DuPage County. Kosnik's claim for long-term disability benefits and other relief under the Plan, therefore, is time barred.

8. Accordingly, the Complaint should be dismissed with prejudice.

WHEREFORE, defendants, FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP, incorrectly named as incorrectly named as Unum Provident, Unum Policy Service, Unum Quality Performance Support and Unum, respectfully request entry of an order dismissing the Complaint with prejudice.

                Respectfully submitted,

Michael J. Smith           By: /s/ Warren von Schleicher
Warren von Schleicher           Attorney for Defendants, First Unum Life
Smith, von Schleicher & Associates     Insurance Company and Unum Group
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I certify that I served a paper copy of the foregoing on the individual listed below by depositing same in the U.S. Mail, postage pre-paid, at 39 S. LaSalle St., Chicago, Illinois:

Cheryl A. Kosnik
P.O. Box 688
Warrenville, Illinois  60555

                                  Respectfully submitted,

                                  s/ Warren von Schleicher
                                  Smith, von Schleicher & Associates
                                  39 S. LaSalle St., Suite 1005
                                  Chicago, Illinois  60603
                                  (312) 541-0300
                                  (312) 541-0933 Facsimile
                                  ARDC#6197189
                                  warren.vonschleicher@svs-law.com