Policyholder:   COMPUTER ASSOCIATES
INTERNATIONAL INC.

Policy Number:   453818

Policy Effective Date:   January 1, 1993

Premium Due Dates:   January 1 and the first day
of each following month.

Governing Jurisdiction:   NEW YORK

Policy Anniversary:   January 1, 1994, and each
following January 1.

**GROUP**

**LONG**

**TERM**

**DISABILITY**

**INSURANCE**

**POLICY**

**NON**

**PARTICIPATING**

First UNUM Life Insurance Company (referred to as the Company) will pay the benefits provided in this policy. The Company makes this promise subject to all of this policy's provisions.

The policyholder should read the policy specifications carefully and contact the Company promptly with any questions.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.

Signed for the Company at Tarrytown, New York on the policy effective date.

Secretary                              President

First UNUM Life Insurance Company

This policy is divided into sections as follows:

| Section | I | POLICY SPECIFICATIONS |
|---|---|---|
| Section | II | DEFINITIONS |
| Section | III | ELIGIBILITY AND EFFECTIVE DATES |
| Section | IV | BENEFITS |
| Section | V | TERMINATION PROVISIONS |
| Section | VI | GENERAL POLICY PROVISIONS |
| Section | VII | PREMIUMS |

This policy follows a number-letter sequence.  It is not necessary that it include all numbers or letters in complete sequence to be correct.

## SECTION I - POLICY SPECIFICATIONS

1. Description of Eligible Classes

    All Employees

2. Amounts of Insurance

    a. 60% (benefit percentage) of basic monthly earnings not to exceed the maximum monthly benefit, less other income benefits.

        Note: This benefit is subject to reductions for earnings as provided in the Monthly Benefit section of this policy.

    b. The maximum monthly benefit is $7,500.

    The minimum monthly benefit is the greater of:

    a. $100.00; or

    b. 10% of the monthly benefit before deductions for other income benefits.

3. Maximum Benefit Period

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than 60 | To Age 65 but not less than 5 years |
| 60-64 | 5 Years |
| 65-69 | To Age 70 But Not Less Than 1 Year |
| 70 and Over | 1 Year |

4. Elimination Period

    The later of 30 calendar days or the end of paid accumulated sick leave.

5. Minimum Requirement for Active Employment:  30 hours per week

## SECTION I - POLICY SPECIFICATIONS (Continued)

6.  Definition of Basic Monthly Earnings

"Basic monthly earnings" means the insured's total earnings from the employer for the 12 month period just prior to the date disability begins, divided by 12. It includes earnings received from commissions, bonuses, overtime and other extra compensation.

7.  Waiting Period:

   a.  Employees in an eligible class on or before the policy effective date: None

   b.  Employees entering an eligible class after the policy effective date:  None

   The employee must be in continuous active employment in an eligible class during the specified waiting period.

8.  Employee Contributions Required:

   Yes

   Note:     Coverage for which contributions are required applies only if proper enrollment is made and the required contributions are made.

SECTION I - POLICY SPECIFICATIONS (continued)

Initial Premium Rates

Monthly Premium: .34% of total covered payroll per month.

"Total covered payroll" is the total amount of basic monthly earnings for which all employees are insured under this policy.

Rate Guarantee (replaces the initial rate guarantee shown in Section VII of this policy)

No change in premium rates will become effective prior to January 1, 1993 unless:

1. the eligibility and/or benefits are changed; or

2. the number of insured employees changes by 25% or more; or

3. a subsidiary, division or affiliate is added to this policy.

If any of the above events occurs, the premium rates may be changed. After such a premium rate change has been made, any further changes will be made according to the Premium section of this policy.

SECTION II - DEFINITIONS (continued)

"Physician" means a person who is:

1.   operating within the scope of his license; and either

2.   licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

3.   legally qualified as a medical practitioner and required to be recognized, under this policy for insurance purposes, according to the insurance statutes or the insurance regulations of the governing jurisdiction.

It will not include an employee or his spouse, daughter, son, father, mother, sister or brother.

"Policy Specifications" is the document showing the eligible classes, the amounts of insurance and other relevant information pertaining to the plan of insurance applied for by the policyholder. This document, designated Section I, is attached to and is part of this policy.

"Retirement benefits", when used with the term retirement plan, means money which:

1.   is payable under a retirement plan either in a lump sum or in the form of periodic payments;

2.   does not represent contributions made by an employee; and

> Note: payments which represent employee contributions are deemed to be received over the employee's expected remaining life regardless of when such payments are actually received.

3.   is payable upon:

    a.   early or normal retirement; or

    b.   disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

> Note:  The following early retirement benefits are not considered retirement benefits under the policy:

    i    those which the insured receives because the retirement plan compels their receipt; and

    ii   those which reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan.

SECTION II - DEFINITIONS (continued)

"Retirement plan" means a plan which provides retirement benefits to employees and which is not funded wholly by employee contributions. The term shall not include a profit-sharing plan, a thrift plan, an individual retirement account (IRA), a tax sheltered annuity (TSA), a stock ownership plan, or a non-qualified plan of deferred compensation.

"Sickness" means illness or disease. It will include pregnancy unless excluded in the General Exclusions section of this policy. The disability must begin while the employee is insured under this policy.

"Waiting period," as shown in the policy specifications, means the continuous length of time an employee must serve in an eligible class to reach his eligibility date.

## SECTION IV - BENEFITS

### DISABILITY

When the Company receives proof that an insured is disabled due to sickness or injury and requires the regular attendance of a physician, the Company will pay the insured a monthly benefit after the end of the elimination period. The benefit will be paid for the period of disability if the insured gives to the Company proof of continued:

1. disability; and

2. regular attendance of a physician.

The proof must be given upon request and at the insured's expense.

The monthly benefit will not:

1. exceed the insured's amount of insurance; nor

2. be paid for longer than the maximum benefit period.

The amount of insurance and the maximum benefit period are shown in the policy specifications.

### PARTIAL DISABILITY

When proof is received that an insured is partially disabled within 31 days of the end of a period during which he received disability benefits, the Company will pay a monthly benefit. The partial disability must result from the injury or sickness that caused the disability.

### MONTHLY BENEFIT

To figure the amount of monthly benefit:

1. Take the lesser of:

    a. 60% of the insured's basic monthly earnings; or

    b. the amount of the maximum monthly benefit shown in the policy specifications; and

2. Deduct other income benefits, shown below, from this amount.

SECTION IV - BENEFITS (continued)

## COST OF LIVING FREEZE

After the first deduction for each of the other income benefits, the monthly benefit will not be further reduced due to any cost of living increases payable under these other income benefits.

## LUMP SUM PAYMENTS

Other income benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over the insured's expected lifetime as determined by the Company.

## TERMINATION OF DISABILITY BENEFITS

Disability benefits will cease on the earliest of:

1. the date the insured is no longer disabled;

2. the date the insured dies;

3. the end of the maximum benefit period;

4. the date the insured's current earnings exceed 80% of his indexed pre-disability earnings.

## RECURRENT DISABILITY

"Recurrent disability" means a disability which is related to or due to the same cause(s) of a prior disability for which a monthly benefit was payable.

A recurrent disability will be treated as part of the prior disability if, after receiving disability benefits under this policy, an insured:

1. returns to his regular occupation on a full-time basis for less than six months; and

2. performs all the material duties of his occupation.

Benefit payments will be subject to the terms of this policy for the prior disability.

If an insured returns to his regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability. The insured must complete another elimination period.

In order to prevent overinsurance because of duplication of benefits, benefits payable under this Recurrent Disability provision will cease if benefits are payable to the insured under any other group long term disability policy.

## SECTION IV - BENEFITS (continued)

### SURVIVOR BENEFIT

The Company will pay a benefit to the eligible survivor when proof is received that an insured died:

1. after disability had continued for 180 or more consecutive days; and

2. while receiving a monthly benefit.

The benefit will be an amount equal to three times the insured's gross monthly benefit.

If payment becomes due to the insured's children, payment will be made to:

1. the children; or

2. a person named by the Company to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

"Eligible survivor" means the insured's spouse, if living, otherwise the insured's children under age 25. But, if there are no eligible survivors, payment will be made to the insured's estate.

### GENERAL EXCLUSIONS

This policy does not cover any disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries;

3. active participation in a riot.

### PRE-EXISTING CONDITION EXCLUSION

This policy will not cover any disability:

1. caused by, contributed to by, or resulting from a pre-existing condition; and

2. which begins in the first 12 months after an insured's effective date.

A "pre-existing condition" means a sickness or injury for which the insured received medical treatment, consultation, care or services including diagnostic measures, or had taken prescribed drugs or medicines in the three months prior to the insured's effective date.

### MENTAL ILLNESS, ALCOHOLISM, AND DRUG ABUSE LIMITATION

Benefits for disability due to mental illness, alcoholism or drug abuse will not exceed 24 months of monthly benefit payments unless the insured meets one of these situations.

1. The insured is in a hospital or institution at the end of the 24-month period. The monthly benefit will be paid during the confinement.

## SECTION IV - BENEFITS (continued)

The benefit will be determined according to this policy's benefit schedule, but it will not exceed the prior carrier's maximum monthly benefit.  No benefit will be paid if the employee cannot satisfy the pre-existing condition exclusion of 1. or 2. above.

## SECTION V - TERMINATION PROVISIONS

   d.  the policyholder fails:

      i.  to furnish promptly any information which the Company may reasonably require; or

     ii.  to perform any other obligations pertaining to this policy.

4.  Termination may take effect on an earlier date when both the policyholder and the Company agree.

SECTION VI – GENERAL POLICY PROVISIONS

a.   deprive an employee of insurance;

b.   affect an employee's amount of insurance; or

c.   effect or continue an employee's insurance which otherwise would not be in force.

E.   MISSTATEMENT OF FACTS

If relevant facts about any employee were not accurate:

1.   a fair adjustment of premium will be made; and

2.   the true facts will decide if and in what amount insurance is valid under this policy.

F.   NOTICE AND PROOF OF CLAIM

1.   **Notice**

a.   Written notice of claim must be given to the Company within 30 days of the date disability starts, if that is possible. If that is not possible, the Company must be notified as soon as it is reasonably possible to do so.

b.   When the Company has the written notice of claim, the Company will send the insured its claim forms. If the forms are not received within 15 days after written notice of claim is sent, the insured can send the Company written proof of claim without waiting for the form.

2.   **Proof**

a.   Proof of claim must be given to the Company. This must be done no later than 90 days after the end of the elimination period.

b.   If it is not possible to give proof within these time limits, it must be given as soon as reasonably possible.

c.   Proof of continued disability and regular attendance of a physician must be given to the Company within 30 days of the request for the proof.

d.   The proof must cover:

i.    the date disability started;

ii.   the cause of disability; and

iii.  how serious the disability is.

## SECTION VI - GENERAL POLICY PROVISIONS

### G. EXAMINATION

The Company, at its own expense, will have the right and opportunity to have an employee, whose injury or sickness is the basis of a claim:

1. examined by a physician, other health professional, or vocational expert of its choice; and/or

2. interviewed by an authorized Company representative.

This right may be used as often as reasonably required.

### H. LEGAL PROCEEDINGS

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after proof of claim has been given; nor

2. more than 3 years after the time proof of claim is required.

### I. TIME OF PAYMENT OF CLAIMS

When the Company receives proof of claim, benefits payable under this policy will be paid monthly during any period for which the Company is liable.

### J. PAYMENT OF CLAIMS

All benefits are payable to the employee. But if a benefit is payable to an employee's estate, an employee who is a minor, or an employee who is not competent, the Company has the right to pay up to $1,000 to any of the employee's relatives whom the Company considers entitled. If the Company pays benefits in good faith to a relative, the Company will not have to pay such benefits again.

### K. WORKERS' OR WORKMEN'S COMPENSATION

This policy is not in lieu of, and does not affect, any requirement for coverage by workers' or workmen's compensation insurance.

### L. AGENCY

For all purposes of this policy, the policyholder acts on its own behalf or as agent of the employee. Under no circumstances will the policyholder be deemed the agent of the Company.

SECTION VII - PREMIUM

## C. WAIVER OF PREMIUM

Premium payments for an employee are waived during any period for which benefits are payable. Premium payments may be resumed following a period during which they were waived.

SECTION VII - PREMIUMS

## A. PREMIUM RATES

The initial premium is determined on the basis of the rates shown in the policy specifications.

The Company may establish new rates for the computation of all future premiums as well as the one then due:

1.  when the terms of this policy are changed;

2.  when a division, subsidiary, or affiliated company is added to this policy; or

3.  for reasons other than 1. and 2. above, such as, but not limited to a change in factors bearing on the risk assumed. But, the rates may not be changed within the first 12 months following the policy effective date.

No premium may be increased unless the Company notifies the employer at least 31 days in advance of the increase. Premium increases may take effect on an earlier date when both the Company and the employer agree.

## B. PAYMENT OF PREMIUMS

1.  Premium payment calculations:

    a.  will be based on the coverage provided under this policy; and

    b.  are determined by the covered payroll as shown in the policy specifications.

2.  All premiums due under this policy, including adjustments, if any, are payable by the employer on or before their respective due dates at the Company's home office. The due dates are specified on the first page of this policy.

3.  Premiums payable to the Company will be paid in United States dollars.

4.  If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

5.  The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only and will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of Employee's Insurance" section of this policy.

6.  If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a pro rata adjustment on the next premium due date.

7.  Except for fraud, premium adjustments, refunds or charges will be made for only:

    a.  the current policy year; and

    b.  the prior policy year.