# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **CHERYL A. KOSNIK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No.   08 C 500 |
| v. ) | |
| ) | **Judge Dow** |
| **1ST UNUM LIFE INSURANCE CO.,** ) | **Magistrate Judge Keys** |
| **UNUM PROVIDENT,** ) | |
| **UNUM POLICY SERVICE,** ) | |
| **UNUM QUALITY PERFORMANCE** ) | |
| **SUPPORT and UNUM,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

To:   Cheryl A. Kosnik
       PO Box 688
       Warrenville, IL 60555

   PLEASE TAKE NOTICE that on the 20th day of March, 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or whomever may be sitting in his stead, in Room 1919 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Defendants' Motion to Dismiss the Complaint**, at which time and place you may appear if you see fit.

                                            Respectfully submitted,

| | |
|---|---|
| Michael J. Smith | By: /s/ Warren von Schleicher |
| Warren von Schleicher | Attorney for Defendants, First Unum Life Insurance |
| Smith, von Schleicher & Associates | Co. and Unum Group, incorrectly named as Unum |
| 39 S. LaSalle St., Suite 1005 | Provident, Unum Policy Service, Unum Quality |
| Chicago, IL 60603 | Performance Support and Unum |
| (312) 541-0300 | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I certify that I served a paper copy of the foregoing on the individual listed below by depositing same in the U.S. Mail, postage pre-paid, at 39 S. LaSalle St., Chicago, Illinois:

Cheryl A. Kosnik
P.O. Box 688
Warrenville, Illinois  60555

          Respectfully submitted,

          s/ Warren von Schleicher
          Smith, von Schleicher & Associates
          39 S. LaSalle St., Suite 1005
          Chicago, Illinois  60603
          (312) 541-0300
          (312) 541-0933 Facsimile
          ARDC#6197189
          warren.vonschleicher@svs-law.com