UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cheryl A. Kosnik

                                Plaintiff,

v.                                                        Case No.: 1:08−cv−00500
                                                        Honorable Robert M. Dow Jr.

1st Unum Life Insurance Co., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Motion hearing held on 3/20/2008 regarding MOTION by Defendants Unum Provident, Unum Policy Service, Unum Quality Performance Support, Unum, 1st Unum Life Insurance Co. to dismiss [15]. Plaintiff's response to motion to dismiss due by 5/1/08 and defendant's reply due by 5/16/08. Ruling on MOTION by Defendants Unum Provident, Unum Policy Service, Unum Quality Performance Support, Unum, 1st Unum Life Insurance Co. to dismiss [15] will be by mail. Initial status hearing date of 3/25/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.