IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK,    )<br>           Plaintiff,    )<br>      VS.    )<br>    )<br>FIRST UNUM LIFE INSURANCE CO. and    )<br>UNUM GROUP,    )<br>           Defendants.    ) | No.  08 C 500<br><br>Judge Dow<br>Magistrate Judge Keys |

## AMENDED COMPLAINT

NOW COMES the Plaintiff, CHERYL A. KOSNIK, by her attorneys, MIRABELLA, KINCAID, FREDERICK & MIRABELLA, P.C., and for her Amended Complaint for damages against FIRST UNUM LIFE INSURANCE CO. and UNUM GROUP states as follows:

### COUNT I - BREACH OF CONTRACT

1. That CHERYL A. KOSNIK was employed by Computer Associates, Inc., an Illinois corporation, and as such became an insured of the Defendants under a Unum Short Term and Long Term Disability policy #453819 attached hereto and marked Exhibit "A".

2. That jurisdiction of this Court is partially predicated upon the Employee Retirement Income Security Act of 1974, 29 USC §1001, et seq., which protects the eligibility for benefits under this employee benefit plan.

3. That the Plaintiff is eligible to pursue this action for denial of Short Term and Long Term Disability benefits by virtue of her inclusion in a class of Unum policyholders certified in a multi-state class action suit now pending in the United States District Court for the Eastern District of Tennessee at Chattanooga styled as Lead Case

1:03-CV-1000 and MDL Case No. 1:03-md-1552, Judge Curtis Collier, a copy of the First Management Order being attached hereto as Exhibit "B".

4. That Plaintiff CHERYL A. KOSNIK hereby and adopts and incorporates herein the Plaintiffs' Consolidated Class Action Complaint in MDL Case 1:03-md-1552 as though fully set forth herein (attached hereto as Exhibit "C").

5. That Plaintiff CHERYL A. KOSNIK qualifies as a member of said class under Paragraph (10) of the said Complaint:

> 10. Plaintiffs bring this action on behalf of themselves and, under Fed.R.Civ.P.23(a) and (b), as representatives of the Class, defined as:
>
> All plan participants and beneficiaries insured under ERISA governed long-term disability insurance policies/plans issued by UnumProvident and the insuring subsidiaries of UnumProvident throughout the United States who have had a long-term disability claim denied, terminated, or suspended on or after June 30, 1999 by UnumProvident or one or more of its insurance subsidiaries after being subjected to any of the practices alleged in the Complaint.

6. That Plaintiff CHERYL A. KOSNIK, a resident of Naperville, Illinois, was hired by Computer Associates on June 28, 1982, and last worked January 7, 2003, and, therefore, qualifies as a member of the designated class.

7. That an appropriate claim of Plaintiff's Short Term and Long Term Disability was received by Unum and processed under Claim #496009.

8. That total benefits were denied to Plaintiff for both Short Term and Long Term Disability benefits following a series of hearings, re-hearings and appeals.

9. That the Plaintiff's acquisition and affliction of osteoarthritis rendered her unable to perform any of her previously assigned duties due to cognitive impairment and severe decreased range of motion of the cervical and lumbar spine.

10. That upon information and belief, any statutes of limitation previously applicable to the Unum policy have been voluntarily waived and suspended by Unum following agreements with State Attorneys General.

11. That pursuant to the First Management Order, this case is subject to transfer to the Eastern District of Tennessee at Chattanooga under 28 USC §1407(a) for inclusion in the class.

12. That pursuant to Section XIV of the First Management Order (p.17), this Court's further advancement of this case is stayed pending completion of all procedures set forth in the Management Order.

13. That Plaintiff was placed in extreme unduly financial situations and dire unduly medical situations created by the capricious and arbitrary actions of Defendants to deny her Long Term Disability benefits.

WHEREFORE, the Plaintiff seeks the following relief:

a. That Plaintiff is entitled to sixty percent (60%) of her highest salary prior to the unlawful denial of her Short and Long Term benefits for the period 2003 through the adjudication, final, this lawful cause of action; including, but not limited to, any and all medical payments, any and all out of pocket expenses including, but not limited to, legal fees, bank loans, interest payments and any and all other debts incurred due to the denial of Plaintiff's lawful benefits by Defendants since 2003, a sum in excess of $100,000.00.

b. That Plaintiff, by law, is entitled to be made whole again, and punitive damages in the amount of treble the actual damages.

c. Fair and equitable relief as this Court deems just.

## COUNT II - DECLARATORY JUDGMENT

1.-13.  The Plaintiff hereby readopts and realleges the allegations contained in Paragraphs One through Thirteen of Count I as Paragraphs One through Thirteen of Count II as though fully set forth herein.

14.  That the Federal courts have created the Federal Declaratory Judgment Act under Federal Rule 57 that provides as follows:

> Rule 57.  Declaratory Judgments
>
> The procedure for obtaining a declaratory judgment pursuant to Title 28, U.S.C., §2201, shall be in accordance with these rules, and the right to trial by jury may be demanded under the circumstances and in the manner provided in Rules 38 and 39.  The existence of another adequate remedy does not preclude a judgment for declaratory relief in cases where it is appropriate.  The court may order a speedy hearing of an action for a declaratory judgment and may advance it on the calendar.

15.  That the Plaintiff requests that this Court implement its authority under 28 USC §2201 and Federal Rule 57 to judicially declare that the Unum disability policy (Exhibit "A") provides for the full compensation of the short and long term claims of the Plaintiff.

WHEREFORE, the Plaintiff prays that this Court judicially declare the Plaintiff's rights and privileges pursuant to the Unum policy of Long and short term disability.

        Cheryl A. Kosnik

        BY: ___/S/ John B. Kincaid_____
            JOHN B. KINCAID

        BY: ___/S/ George S. Frederick_____
            GEORGE S. FREDERICK

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorneys for Plaintiff (ARDC #
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187
(630) 665-7300
(630) 665-7609 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL A. KOSNIK,<br>　　　　PLAINTIFF,<br>VS.<br><br>1st UNUM LIFE INSURANCE CO., UNUM<br>PROVIDENT, UNUM POLICY SERVICE,<br>UNUM QUALITY PERFORMANCE SUPPORT<br>and UNUM,<br>　　　　DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO:　08 C 500<br><br>Judge Dow<br>Magistrate Judge Keys |

### NOTICE OF FILING

To:　Warren von Schleicher, Smith, von Schleicher; #1005, 39 S. LaSalle St., Chicago, IL  60603
　　　Hon. Robert M. Dow, Jr., Courtroom 1919, 219 S. Dearborn St., Chicago, IL  60604

　　　PLEASE TAKE NOTICE that on **May 1, 2008**, we filed with the Clerk of the United States District Court Northern District Eastern Division, the attached **Appearance and Amended Complaint**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　/S/ George  S. Frederick
　　　　　　　　　　　　　　　　　　　　George S. Frederick

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorney for Plaintiff (ARDC #
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187
(630) 665-7300

### PROOF OF SERVICE

　　　On May 1, 2008, I, the undersigned, on oath state that I electronically field the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I certify that I served this notice and its attachments to the above-named parties by depositing same in the U.S. Mail at Wheaton, Illinois.

　　　　　　　　　　　　　　　　　　　　*Denise D. Wendt*

SUBSCRIBED and SWORN to before me
this 1st day of May, 2008.

*A. Ramirez*
Notary Public

"OFFICIAL SEAL"
A. Ramirez Jr.
Notary Public, State of Illinois
My Commission Expires 7/27/09