IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 500 |
| v. ) | |
| ) | Judge Dow |
| FIRST UNUM LIFE INSURANCE CO., ) | Magistrate Judge Keys |
| and UNUM GROUP, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT**

Defendants, FIRST UNUM LIFE INSURANCE COMPANY ("First Unum") and UNUM GROUP ("Unum Group"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Motion for Additional Time to Answer or Otherwise Plead to the Amended Complaint, and in support hereof, state as follows:

1. The plaintiff, Cheryl A. Kosnik ("Kosnik"), in the Complaint, seeks to recover disability benefits under a group disability insurance policy.

2. On March 14, 2008, First Unum and Unum Group filed a Motion to Dismiss the Complaint and Memorandum in support thereof, on the basis that Kosnik's claims in the Complaint are preempted by ERISA and time barred. The court subsequently entered a briefing schedule ordering Kosnik to file her Response to the Motion to Dismiss by May 1, 2008.

3. On May 1, 2008, Kosnik filed an Amended Complaint, in lieu of a Response to the Motion to Dismiss. Pursuant to Fed. R. Civ. P. 15(a)(3), First Unum and Unum Group have ten days thereafter, or until May 15, 2008, to answer or otherwise plead to the Amended Complaint.

4. On May 7, 2008, counsel for First Unum and Unum Group served upon counsel

for Kosnik a letter requesting the withdrawal of the Amended Complaint within twenty-one days, or by May 28, 2008, pursuant to Fed. R. Civ. P. 11.

  5. First Unum and Unum Group respectfully request an additional twenty-one days, or until June 3, 2008, in which to answer or otherwise plead to the Amended Complaint, in the event that Kosnik fails to withdraw the Amended Complaint within the time required by Fed. R. Civ. P. 11.

  WHEREFORE, defendants, FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP, respectfully request an additional twenty-one days, or until June 3, 2008, in which to answer or otherwise plead to the Amended Complaint.

           Respectfully submitted,

Michael J. Smith        By: /s/ Warren von Schleicher
Warren von Schleicher       Attorney for Defendants, First Unum Life
Smith, von Schleicher & Associates   Insurance Company and Unum Group
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
 (312) 541-0300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney.

George Steven Frederick
mkpclaw@aol.com

      In addition, I certify that I served a paper copy of the foregoing on the non-registered filer below by depositing same in the U.S. Mail, postage pre-paid, at 39 S. LaSalle St., Chicago, Illinois:

John B. Kincaid
Mirabella & Kincaid, P.C.
1737 Naperville Road, #100
Wheaton, Illinois 60189

                                 Respectfully submitted,

                                 s/ Warren von Schleicher
                                 Smith, von Schleicher & Associates
                                 39 S. LaSalle St., Suite 1005
                                 Chicago, Illinois 60603
                                 (312) 541-0300
                                 (312) 541-0933 Facsimile
                                 ARDC#6197189
                                 warren.vonschleicher@svs-law.com