## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.    08 C 500 |
| v. ) | |
| ) | Judge Dow |
| FIRST UNUM LIFE INSURANCE ) | |
| CO. and UNUM GROUP, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:   George S. Frederick
      John B. Kincaid
      Mirabella & Kincaid, P.C.
      1737 Naperville Road, #100
      Wheaton, Illinois  60189

   PLEASE TAKE NOTICE that on the 14th day of May, 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or whomever may be sitting in his stead, in Room 1919 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Defendants' Motion for Additional Time to Answer or Otherwise Plead to the Amended Complaint**, at which time and place you may appear if you see fit.

                            Respectfully submitted,


Michael J. Smith                By:  /s/ Warren von Schleicher
Warren von Schleicher                Attorney for Defendants, First Unum Life Insurance
Smith, von Schleicher & Associates   Co. and Unum Group
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney.

George Steven Frederick
mkpclaw@aol.com

      In addition, I certify that I served a paper copy of the foregoing on the non-registered filer below by depositing same in the U.S. Mail, postage pre-paid, at 39 S. LaSalle St., Chicago, Illinois:

John B. Kincaid
Mirabella & Kincaid, P.C.
1737 Naperville Road, #100
Wheaton, Illinois 60189

                                          Respectfully submitted,

                                          s/ Warren von Schleicher
                                          Smith, von Schleicher & Associates
                                          39 S. LaSalle St., Suite 1005
                                          Chicago, Illinois 60603
                                          (312) 541-0300
                                          (312) 541-0933 Facsimile
                                          ARDC#6197189
                                          warren.vonschleicher@svs-law.com