N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL A. KOSNIK, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | No. 08 C 500 |
| | ) | |
| FIRST UNUM LIFE INSURANCE CO. and | ) | Judge Dow |
| UNUM GROUP, | ) | Magistrate Judge Keys |
| DEFENDANTS. | ) | |

## NOTICE OF MOTION

To: Warren von Schleicher, Smith, von Schleicher; #1005, 39 S. LaSalle St., Chicago, IL 60603
Cheryl Kosnik, 1423 Ada Lane, Naperville, IL 60540 (via certified & regular mail)
Hon. Robert M. Dow, Jr., Courtroom 1919, 219 S. Dearborn St., Chicago, IL 60604

You are hereby notified that on **Wednesday** the **14th** day of **May, 2008**, at **9:15 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Robert M. Dow, Jr.** in Courtroom No. **1919**, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the United Stated District Courthouse of the Northern District of Illinois, and shall then and there present this Honorable Court the **Motion to Withdraw Amended Complaint and to Withdraw as Counsel for the Plaintiff,** for hearing, copies of which are attached hereto. You may appear if you see fit to do so.

/S/ George S. Frederick
George S. Frederick
Mirabella, Kincaid, Frederick & Mirabella, P.C.

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorney for Plaintiff
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187
(630) 665-7300

## PROOF OF SERVICE

On May 9, 2008, I, the undersigned, on oath state that I served this notice to the above-named attorney and Judge Robert M. Dow, Jr. by depositing same in the U.S. Mail at Wheaton, Illinois.

Denise D. Wendt

SUBSCRIBED and SWORN to before me
this 9th day of May, 2008.

Janet P. Miller
Notary Public

"OFFICIAL SEAL"
Janet P. Miller
Notary Public, State of Illinois
My Commission Expires 03/24/12