IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHERYL A. KOSNIK,<br>    Plaintiff,<br>VS.<br><br>FIRST UNUM LIFE INSURANCE CO. and<br>UNUM GROUP,<br>    Defendants. | No. 08 C 500<br><br>Judge Dow<br>Magistrate Judge Keys |

### MOTION TO WITHDRAW AMENDED COMPLAINT AND TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

NOW COMES the Petitioner, MIRABELLA, KINCAID, FREDERICK & MIRABELLA, P.C., and moves that this Court grant leave to withdraw an Amended Complaint and to withdraw as counsel pursuant to LR 83.17 of the United States District Court, Northern District, and in support thereof states as follows:

1. That your Petitioner filed an Amended Complaint in this cause pursuant to an agreement of counsel on May 1, 2008.

2. That on May 6, 2008, counsel for the Defendant informed Plaintiff's counsel as to the existence of facts not previously known to Plaintiff or her counsel.

3. That the facts, as verified, merit the withdrawal of the Plaintiff's Amended Complaint.

4. That although Plaintiff may have a meritorious complaint against Unum for denial of disability benefits, said Complaint cannot be advanced by present counsel.

5. That notice of this motion is being transmitted to Cheryl Kosnik by certified mail.

WHEREFORE, the Petitioner, Mirabella, Kincaid, Frederick & Mirabella, P.C., requests leave to withdraw its Amended Complaint, *instanter*, and to permit counsel to withdraw as Plaintiff's attorney of record and grant Cheryl Kosnik (28) days within which to obtain substitute counsel.

Respectfully submitted by:

/S/ George Frederick_____
George S. Frederick, one of Plaintiff's attorneys

/S/ John B. Kincaid_____
John B. Kincaid, one of Plaintiff's attorneys

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorneys for Plaintiff
1737 S. Naperville Road, Suite 100
Wheaton, Illinois 60187
(630) 665-7300
(630) 665-7609
S:\JBK\Kosnik\Mtn2Withdraw.AC-App.DOC