# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 500 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Kosnik vs. 1st Unum Life Ins. Co. | | |

**DOCKET ENTRY TEXT**

Motion by counsel for Plaintiff to withdraw as attorney and to withdraw amended complaint [25] is granted. Motion by Defendants for extension to answer or otherwise plead to amended complaint [22] is stricken as moot. Per her request [25], Plaintiff is given until 6/12/08 to obtain substitute counsel. This case is set for status on 6/19/08 at 9:00 am. Notice of Motion date of 5/14/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|