## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Cheryl A. Kosnik

                      Plaintiff,

v.                                                   Case No.: 1:08−cv−00500

                                                                    Honorable Robert M. Dow Jr.

1st Unum Life Insurance Co., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Plaintiff Kosnik fails to appear at status hearing. Status hearing continued to 7/22/2008 at 09:00 AM. Plaintiff's continued failure to appear may result in dismissal of case for want of prosecution.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.