UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cheryl A. Kosnik

                        Plaintiff,

v.                                              Case No.: 1:08−cv−00500
                                              Honorable Robert M. Dow Jr.

1st Unum Life Insurance Co., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 5/12/08, the Court issued a minute order [26] giving Plaintiff Kosnik until 6/12/08 to obtain substitute counsel after her initial counsel was granted leave to withdraw from the case. On 6/19/08 and again on 7/22/08, Plaintiff failed to appear at status hearings, despite having previously been warned [27] that "continued failure to appear may result in dismissal of case for want of prosecution." In view of Plaintiff's continued failure to appear or to obtain counsel, the Court orders Plaintiff to show cause in writing why this case should not be dismissed for want of prosecution. Failure to respond to this order on or before 8/8/08 will result in dismissal of this case for want of prosecution. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.