## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0500 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Kosnik vs. Ist Unum Life Ins. Co. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth below, the Court dismisses this action for want of prosecution. In light of the dismissal, Defendant's motion to dismiss [15] is stricken as moot.

■[ For further details see text below.]  Docketing to mail notices.

### STATEMENT

In a minute order entered on May 12, 2008 [26], this Court granted a motion by Plaintiff's counsel to withdraw Plaintiff's amended complaint and to withdraw as counsel in this case [25]. In the May 12 minute order, the Court granted Plaintiff's request to be given until June 12, 2008 in which to obtain substitute counsel and set the matter for status on June 19, 2008. Plaintiff neither obtained substitute counsel nor appeared at the June 19 status hearing.

The Court's minute entry of June 19 [27] continued the status to July 22 and warned Plaintiff that "continued failure to appear may result in dismissal of the case for want of prosecution." Plaintiff again failed to appear for the July 22 status. In its July 22 minute entry [28], the Court ordered Plaintiff "to show cause in writing why this case should not be dismissed for want of prosecution" and warned that failure to respond to that order by August 8 "will result in dismissal of this case for want of prosecution."

August 8 has come and gone, and Plaintiff has not responded to the rule to show cause or otherwise contacted the Court. The Court can only construe the absence of a response from Plaintiff in light of the Court's repeated orders and warnings as indicating that Plaintiff no longer wishes to pursue this litigation. Accordingly, the Court dismisses this action for want of prosecution. See *Williams v. Chicago Board of Educ.*, 155 F.3d 853, 857-58 (7th Cir. 1998) (affirming district court's dismissal for want of prosecution after plaintiff received due warning of sanction of dismissal).

Courtroom Deputy Initials: